OMAHA NATIONAL BANK, APPELLEE, V. WILLIAM S. SAN-
DERS ET AL., APPELLANTS.

FILED APRIL 17, 1902. No. 11,332.

1. **Foreclosure: EXECUTION: SEVERAL WRITS: APPRAISEMENT: PRE-
SUMPTION.** Where several writs were issued to the sheriff com-
manding him to execute a decree of foreclosure, the presump-
tion is, nothing appearing to the contrary, that the appraise-
ment under which the sale was made was valid.

2. **Conflicting Evidence.** This court will not disturb a finding of the
district court based upon fairly conflicting evidence.

APPEAL from the district court for Douglas county.
Heard below before SCOTT, J. *Affirmed.*

*John W. Cooper,* for appellants.

*Hall & McCulloch,* contra.

SULLIVAN, C. J.

This is an appeal from an order confirming a judicial
sale. The objection to the proceedings made in the court
below, and insisted upon here, are: (1) That the prop-
erty was sold under a second appraisement without having
been twice advertised and twice offered for sale under the
first appraisement; and (2) That the appraisement under
which the sale was made was so low as to afford an infer-
ence of fraud.

With respect to the first objection, it is sufficient to say
that the record does not show that there was more than
one appraisement of the mortgaged property. Several
writs were issued by the clerk of the district court com-
manding the sheriff to execute the decree of foreclosure,
but what action, if any, was taken under them, does not
appear. It will not be presumed that there were two ap-
praisements, and that the second was lower than the first.

The second objection is also without merit. The ap-
praisers fixed the value of the property at $7,600, while
two witnesses for appellant estimated it to be worth

$12,000. From this difference of opinion the trial court did not err in declining to infer that the appraisement was a fraudulent one.

The order of confirmation is

AFFIRMED.